| | |
|---|---|
| 1 | Douglas Axel (SBN 173814) |
| 2 | daxel@sidley.com<br>Nitin Reddy (SBN 229451) |
| 3 | nreddy@sidley.com<br>SIDLEY AUSTIN LLP |
| 4 | 555 W 5TH ST,<br>LOS ANGELES, CA 90013 |
| 5 | Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600 |
| 6 | Attorneys for Defendants |
| 7 | Herbalife International of America Inc.<br>Herbalife International, Inc., and |
| 8 | Herbalife Ltd. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a corporation, HERBALIFE INTERNATIONAL, INC., a corporation, and HERBALIFE LTD., a corporation,<br><br>Defendants. | Case No. 2:16-cv-05217-CAS-GJS<br><br>Assigned to: Hon. Christina A. Snyder<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS HERBALIFE INTERNATIONAL OF AMERICA INC., HERBALIFE INTERNATIONAL, INC., AND HERBALIFE LTD.** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney, member of the Bar of this Court, hereby enters his appearances in the above-captioned action as counsel of record for Defendants Herbalife International of America Inc., Herbalife International, Inc., and Herbalife Ltd.

1. Nitin Reddy
    a. 555 W. Fifth Street, Suite 4000, Los Angeles, CA 90013
    b. T: 213-896-6000; F: 213-896-6600
    c. nreddy@sidley.com

July 18, 2016

SIDLEY AUSTIN LLP

*/s/ Nitin Reddy*
Douglas A. Axel
daxel@sidley.com
Nitin Reddy
nreddy@sidley.com
SIDLEY AUSTIN LLP
555 W 5th Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendants*
*Herbalife International of America Inc.*
*Herbalife International, Inc., and*
*Herbalife Ltd.*