Hong Park
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop CC-9528
Washington, DC 20580

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:16-CV-05217-BRO-GJS |
| v. | |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., *et al.* | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Park, Hong J
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 326-2158     (202) 326-3197
*Telephone Number*     *Fax Number*

hpark@ftc.gov
*E-Mail Address*

of

Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Drop CC-9528
Washington, DC 20580
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Federal Trade Commission

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Barbara Chun
*Designee's Name (Last Name, First Name & Middle Initial*

186907     (310) 824-4343     (310) 824-4380
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

bchun@ftc.gov
*E-Mail Address*

of

Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: May 12, 2017

*[signature]*
U.S. District Judge